# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Stacy Christopher Auzenne
Auzenne Law Firm
PO Box 11817
Alexandria LA 71315

> Judgment on rehearing rendered and
> mailed to all parties or counsel of record
> on **August 8, 2018**.

## REHEARING ACTION: August 8, 2018

**Docket Number: 17   00724-CW**

**CLIFTON FRANKLIN**
**VERSUS**
**FOUNTAIN GROUP ADJUSTERS, LLC**

**Writ Application from Pineville City Court Parish Case No. 2016CV00229**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks**
    **Hon. John E. Conery**
    **Hon. Van H. Kyzar**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Fountain Group Adjusters, LLC** has this day been

    **DENIED.**

cc: David F. Rutledge, Counsel for the Applicant